# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1376**
**KA 13-01476**
PRESENT: SCUDDER, P.J., SMITH, CARNI, LINDLEY, AND SCONIERS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                        MEMORANDUM AND ORDER

RICHARD A. SCHILLAWSKI, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

CURRIER LAW FIRM, P.C., AUBURN (REBECCA CURRIER OF COUNSEL), FOR
DEFENDANT-APPELLANT.

JON E. BUDELMANN, DISTRICT ATTORNEY, AUBURN (NATHAN J. GARLAND OF
COUNSEL), FOR RESPONDENT.

------------------------------------------------------------------------------------------------

Appeal from a judgment of the Cayuga County Court (Thomas G.
Leone, J.), rendered July 18, 2013.  The judgment convicted defendant,
upon his plea of guilty, of grand larceny in the fourth degree.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Same Memorandum as in *People v Schillawski* ([appeal No. 1] ___
AD3d ___ [Jan. 2, 2015]).

Entered:  January 2, 2015                          Frances E. Cafarell
                                                   Clerk of the Court